Guy D. Knoller - #002803
Law Offices of Guy David Knoller, P.L.L.C.
7321 N. 16th Street
Phoenix, Arizona 85020
(602) 254-6044
E-Mail: guydknoller@gmail.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICTCOURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FRANCISCO MANUEL MORENO,<br><br>Plaintiff,<br>vs.<br><br>GREGORY PACKAGING, INC.,<br>an Arizona Corporation,<br><br>Defendant. | No.<br><br>**COMPLAINT**<br><br>JURY TRIAL REQUESTED |

Plaintiff alleges:

### **GENERAL ALLEGATIONS**

(VIOLATION OF THE FAIR LABOR STANDARDS ACT "FLSA")

1. Plaintiff is a resident of Maricopa County, Arizona.

2. Defendant is an Arizona corporation with its principal place of business in Maricopa County, Arizona, and an "employer" covered by the FLSA.

3. The events giving rise to this cause of action occurred in Maricopa County, Arizona.

4. Plaintiff was hired on or about August 20, 2013, a non-exempt employee entitled to overtime pay under the FLSA.

5. During his employment Plaintiff was promised various raises at various times.

6. On or about August 20, 2014, Plaintiff was promised a raise of $1.00/hour, but it was not actually paid for 10 months.

7. Plaintiff was continually informed that his raise was put in for August 20, 2014.

8. Plaintiff did not receive overtime pay in violation of the overtime provisions of the Fair Labor Standards Act ("FLSA") for the differential in pay for the promised increase for all overtime paid from August 20, 2014 until paid (the records for which are in the exclusive custody of Defendant because pay was direct deposited).

9. Plaintiff complained to human resources about not being paid the overtime pay due him at different times, but also during his last 2 weeks of work.

10. At different times during his last month of employment, Plaintiff also complained about irregularities at work, such as, *inter alia*:

A. the incorrect number of cartons being shipped for schools when the correct number was less; and,

B. the incorrect date of manufacture for the product shipped for schools (a later date was used rather than the earlier correct date).

11. Plaintiff was discharged May 3, 2015 after having complained about the improprieties and failure to receive overtime pay.

12. Defendant discharged Plaintiff in retaliation for his demands of overtime pay in violation of the anti-retaliation provisions of the FLSA and because he complained about unlawful and wrongful activities at work mentioned above.

13. Defendant's conduct was intentional warranting liquidated damages.

14. Defendant's conduct was willful with knowledge warranting the three-year statute of limitations.

## SECOND CLAIM FOR RELIEF

(WRONGFUL DISCHARGE IN VIOLATION OF A.R.S. §23-1501)

15  The preceding allegations of the Complaint are incorporated by reference herein.

16. As a direct and proximate result of his complaint about the wrongful conduct he complained to management and human resources about, Plaintiff was wrongfully discharged.

17. The discharge by Defendant of Plaintiff was wrongful in violation of the public policy of the State of Arizona and A.R.S.§23-1501.

18. Defendant's conduct was wanton, willful and malicious warranting punitive damages.

WHEREFORE, PLAINTIFF REQUESTS:

1. That he be awarded damages in an amount to be determined at trial, including back pay, and that he be reinstated;

2. That he be awarded damages for emotional distress, pain and suffering;

3. That he be awarded punitive damages;

      4.      That he be awarded his reasonable attorneys' fees and costs incurred herein as mandated by 29 U.S.C. §216;

      5.      That he be awarded an amount for the overtime promised him together with liquidated damages; and,

      6.      That he be awarded such other relief as this court deems appropriate.

DATED this 13th day of May 2016.

<u>/s/ Guy D. Knoller</u>
Guy D. Knoller
Attorney for Plaintiff